UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

#29154

IN RE:                               CASE NO. 10-19236-BKC-
GIOVANA DEL PILAR JORDAN

CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 4,260.63 remaining in her bank account which represents unpresented checks drawn and mailed to debtor(s)/ creditor(s) in the above named case. Your trustee has made a good faith effort to verify the correct mailing address for said debtor(s)/Creditor(s) and deliver the funds before presenting this notice. More than sufficient time has passed for these checks to be presented for payment, or the creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $     .00    remaining in her bank account which represents small dividends as defined by FRBP 3010.

Attached and made a part of this notice is a list, pursuant to FRBP 3011, of the names, Claim numbers and addresses of the debtor(s)/creditor(s) and the amounts to which they are entitled.

WHEREFORE, your trustee hereby gives notice that the above stated sum has been deposited with the Clerk of the U.S. Bankruptcy Court, Southern District of Florida, to effect closing of this estate.

Date: JUL 25 2011

NANCY N. HERKERT
CHAPTER 13 TRUSTEE

Copies to:

GIOVANA DEL PILAR JORDAN
12128 SW 143 LANE
MIAMI, FL 33186

JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

OPTION ONE MTG CO
4600 TOUCHTON RD EAST
BLDG 200, STE 102
JACKSONVILLE, FL 32246

OPTION ONE MTG CO
4600 TOUCHTON RD EAST
BLDG 200, STE 102
JACKSONVILLE, FL 32246

U.S. Trustee
51 S. W. 1st Avenue
Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                CASE NO.  10-19236-BKC-
GIOVANA DEL PILAR JORDAN

                                      CHAPTER 13


GIOVANA DEL PILAR JORDAN

12128 SW 143 LANE
MIAMI, FL 33186


JAMES ALAN POE, ESQ
9500 S DADELAND BLVD
SUITE 610
MIAMI, FL 33156

OPTION ONE MTG CO              ---------$      4,159.46
4600 TOUCHTON RD EAST
BLDG 200, STE 102                              UNDELIVERABLE/STALE
JACKSONVILLE, FL 32246                         CLAIM REGISTER# _0_

OPTION ONE MTG CO              ---------$      101.17
4600 TOUCHTON RD EAST
BLDG 200, STE 102
JACKSONVILLE, FL 32246
                                               UNDELIVERABLE/STALE
                                               CLAIM REGISTER# _0_
U.S. Trustee
51 S.W. 1st Avenue
Miami, Florida 33130